JIM COOPER, plaintiff in error, *vs.* THE STATE OF GEORGIA, defendant in error.

Where it is doubtful from all the facts and circumstances disclosed by the record whether the defendant was guilty of murder, this court will give him the benefit of that doubt and order a new trial, especially where the judge of the superior court stated, in sentencing him for the offense of murder, that he did so reluctantly.

New trial. Before Judge GIBSON. Richmond Superior Court. October Term, 1873.

For the facts, see the decision.

S. F. WEBB; H. A. DUNCAN, for plaintiff in error.

DAVENPORT JACKSON, solicitor general, by JACKSON & CLARKE, for the state.

WARNER, Chief Justice.

The defendant was indicted for the offense of murder, and on the trial thereof was found guilty, and sentenced to be executed. A motion was made for a new trial, which was overruled by the court, and the defendant excepted. In looking through the evidence in the record, we are not satisfied that it makes out a clear case of murder under the law. And inasmuch as that is a doubtful question from all the facts and circumstances as disclosed by the record, we give the defendant the benefit of the doubt, and grant him a new trial, and the more especially do we do so in this case, because it appears from the record that the presiding judge before whom the trial was had, stated in sentencing the defendant for the offense of murder that he did so *reluctantly.*

Let the judgment of the court below be reversed.